PD-1473-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/12/2015 1:58:16 PM
Accepted 5/12/2015 2:19:55 PM
ABEL ACOSTA
CLERK

FILED IN
COURT OF CRIMINAL APPEALS

May 12, 2015

ABEL ACOSTA, CLERK

NO. PD-1473-14

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS
AUSTIN, TEXAS

| | | |
|---|---|---|
| WILLIAM BRYAN FINLEY, III | § | APPELLANT |
| vs. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

FROM THE THIRD COURT OF APPEALS, AUSTIN, TEXAS
CASE NUMBER 03-13-00015-CR

ON APPEAL FROM THE COUNTY COURT AT LAW #2
WILLIAMSON COUNTY, TEXAS
CAUSE NUMBER 11-01764-2

## MOTION TO EXTEND TIME FOR FILING STATE'S BRIEF

RYAN PALMQUIST
Assistant County Attorney
Williamson County, Texas
State Bar No. 24073307
405 Martin Luther King, # 7
Georgetown, Texas 78626
PHONE: (512) 943-1111
FAX: (512) 943-1120
ryanpalmquist@wilco.org

## NO. PD-1473-14

### IN THE
### COURT OF CRIMINAL APPEALS OF TEXAS
### AUSTIN, TEXAS

| WILLIAM BRYAN FINLEY, III | § | APPELLANT |
|---|---|---|
| vs. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

### MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

The State of Texas by and through its attorney, Dee Hobbs, Williamson County Attorney, files this Motion to Extend Time for Filing State's Brief, and in support of this motion, would respectfully show the following:

1. The State's current deadline for filing its State's Brief is May 15, 2015.

2. This is the State's first request for an extension of time.

3. The undersigned Assistant County Attorney has numerous matters on appeal in various stages. Furthermore, the undersigned Assistant County Attorney continues to be required in the courtroom to assist with dockets, to answer and research questions from law enforcement and other prosecutors, and represent applicants for protective orders.

For the above-mentioned reasons, the undersigned Assistant County Attorney has not had sufficient time to research the applicable law and prepare an adequate brief by the current deadline of May 15, 2015.

THEREFORE, the State requests that the Court grant this motion and extend the deadline for filing the brief of Appellee for thirty (30) days beyond the original deadline imposed.

SIGNED this the 12th day of May, 2015.

Respectfully submitted,

RYAN PALMQUIST
Assistant County Attorney
Williamson County, Texas
SBN: 24073307
405 Martin Luther King, # 7
Georgetown, Texas 78626
PHONE: (512) 943-1111
FAX: (512) 943-1120
ryanpalmquist@wilco.org

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this State's Motion to Extend Time for Filing State's Brief was electronically transmitted to Christopher M. Perri, Appellant's attorney of record, via the electronic filing manager, on May 12, 2015.

RYAN PALMQUIST

## AFFIDAVIT OF VERIFICATION

BEFORE ME, Notary Public in and for the State and County aforesaid, on this day personally appeared the undersigned affiant who, after being duly sworn, deposes and says the following:

> "My name is Ryan Palmquist. I am an Assistant County Attorney for Williamson County, Texas. I have read the above Motion to Extend Time for Filing State's Brief and swear that it is true base on my personal knowledge of the fact recited therein."



Ryan Palmquist
Assistant County Attorney
Williamson County, Texas

This instrument was sworn to and subscribed before me, this the 12[h] day of May, 2015.

NOTARY PUBLIC